| | |
|---|---|
| 1 | TRINETTE G. KENT (State Bar No. 025180) |
| 2 | 11811 North Tatum Blvd., Suite 3031 |
|   | Phoenix, AZ 85028 |
| 3 | Telephone: (480) 247-9644 |
| 4 | Facsimile: (480) 717-4781 |
|   | E-mail: tkent@lemberglaw.com |
| 5 | |
| 6 | Of Counsel to |
|   | Lemberg & Associates LLC |
| 7 | A Connecticut Law Firm |
| 8 | 1100 Summer Street |
|   | Stamford, CT 06905 |
| 9 | Telephone: (203) 653-2250 |
| 10 | Facsimile: (203) 653-3424 |
| 11 | |
|   | Attorneys for Plaintiff, |
| 12 | Douglas Baker |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Douglas Baker, | Case No.: 3:13-cv-08246-PGR |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Caribbean Cruise Line, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

**1**                               **NOTICE OF SETTLEMENT**

**2**

**3**     NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

**4** reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this

**5** action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

**6**     RESPECTFULLY SUBMITTED this 10th day of April 2014.

**7**

**8**

**9** LEMBERG LAW, LLC

**10**

   */s/ Trinette G. Kent*

**11** TRINETTE G. KENT

**12** Attorney for Plaintiff

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On April 10, 2014, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on April 10, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants Caribbean Cruise Line, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 10, 2014.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                      */s/ Trinette G. Kent*
                      TRINETTE G. KENT
                      Attorney for Plaintiff