**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Baker, | CV 13-8246-PCT-PGR |
| Plaintiff, | |
| v. | **ORDER** |
| Caribbean Cruise Line, Inc., | |
| Defendant. | |

Pursuant to the stipulation of the parties (Doc. 27),

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, the parties to bear their own fees and costs.

DATED this 2nd day of June, 2014.

_____
Paul G. Rosenblatt
United States District Judge